# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

ORIGINAL

Guerivace Shelton
Plaintiff

v.

AT&T Mobility = Communications
Defendant       Workers of America, Local 6215

Civil Action No.

3:11CV-991-K

## COMPLAINT

I believe that I have been discriminated against on the basis of my age, in violation of the Age Discrimination in Employment Act of 1967, as amended in that I was denied a pay raise while one was granted to a younger coworker. I also believe that I have been discriminated against on the basis of retaliation, in violation of section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, in that I have been subjected to adverse treatment as a result of my complaints.

Date            5-11-2011
Signature       Guerivace Shelton
Print Name      Guerivace Shelton
Address         6746 Keswick Dr.
City, State, Zip Dallas, Tx 75232
Telephone       214-339-4827 Home   Work Cell 214-926-2806



**United States Government**

**NATIONAL LABOR RELATIONS BOARD**
Region 16
819 Taylor Street – Room 8A24
Fort Worth, TX 76102-6178

Telephone: (817) 978-2921   Fax: (817) 978-2928
Agency Web Site: www.nlrb.gov

April 25, 2011

Ms. Guerivace Shelton
6746 Keswick Drive
Dallas, TX 75232

Re:   Communications Workers of America,
       Local 6215 (AT&T)
       Case No. 16-CB-8278

Dear Ms. Shelton;

The Region has carefully investigated and considered your charge against
Communications Workers of America, Local 6215 alleging violations under Section 8 of
the National Labor Relations Act.

**Decision to Dismiss:**  Based on that investigation, I have concluded that further
proceedings are not warranted, and I am dismissing your charge for the following reasons:

The charge alleges that since on or about August 27, 2010, the Union violated the Act by
failing to represent you in the processing of a grievance.

The evidence established that the Union filed a grievance on your behalf over pay issues
in August 2010 at your request.  The evidence further reflects that the Union met with the
Employer on your grievance and it is currently pending in the grievance arbitration
process.  Under Board law a union is given a wide range of reasonableness in processing
grievances so long as its conduct is not based on considerations that are irrelevant,
invidious or unfair and its conduct is not arbitrary, discriminatory or in bad faith.

In this case, there is no evidence demonstrating that the Union unlawfully failed to
represent you in your grievance or that the Union's actions consisted of anything more
than mere negligence. It is well established that mere negligence on behalf of the Union is
not sufficient to constitute a violation of the National Labor Relations Act.

Based on the foregoing, I find insufficient evidence to establish the Union violated the
Act as alleged.  I am, therefore, refusing to issue complaint on this matter.

**Your Right to Appeal:** The National Labor Relations Board Rules and Regulations permit you to obtain a review of this action by filing an appeal with the GENERAL COUNSEL of the National Labor Relations Board. Use of the Appeal Form (Form NLRB-4767) will satisfy this requirement. However, you are encouraged to submit a complete statement setting forth the facts and reasons why you believe that the decision to dismiss your charge was incorrect.

The appeal may be filed by regular mail addressed to the ***General Counsel*** at the ***National Labor Relations Board, Attn: Office of Appeals, 1099 14th Street, NW, Washington, DC 20570-0001.*** A copy of the appeal should also be mailed to the Regional Director.

An appeal may also be filed electronically by using the E-filing system on the Agency's Website. In order to file an appeal electronically, please go to the Agency's Website at **www.nlrb.gov**, click on **File Case Documents**, enter the NLRB Case Number, and follow the detailed instructions.

The appeal **MAY NOT** be filed by facsimile transmission.

**Appeal Due Date:** The appeal must be received by the General Counsel in Washington D. C. by the close of business at **5:00 p.m. [EST or EDT, as appropriate] on May 9, 2011,** unless electronically filed. If you mail the appeal, it will be considered timely if it is postmarked no later than one day before the due date. If you file the appeal electronically it will be considered timely filed if the transmission of the entire document through the Agency's website is accomplished **no later than 11:59 p.m. Eastern Time** on the due date.

**Extension of Time to File Appeal:** Upon good cause shown, the General Counsel may grant an extension of time to file the appeal. You may file a request for an extension of time to file by mail, facsimile transmission, or electronically. To file electronically, go to **www.nlrb.gov**, click on **File Case Documents**, enter the NLRB Case Number and follow the detailed instructions. The fax number is (202) 273-4283. While an appeal will be accepted as timely filed if it is postmarked no later than one day prior to the appeal due date, this rule does not apply to requests for extensions of time. A request for an extension of time to file an appeal **must be received on or before the original appeal due date.** A request that is postmarked prior to the appeal due date but received after the appeal due date will be rejected as untimely. Unless filed electronically, a copy of any request for extension of time should be sent to me.

**Confidentiality/Privilege:** Please be advised that we cannot accept any limitations on the use of any appeal statement or evidence in support thereof provided to the Agency. Thus, any claim of confidentiality or privilege cannot be honored, except as provided by the FOIA, 5 U.S.C. 552, and any appeal statement may be subject to discretionary disclosure to a party upon request during the processing of the appeal. In the event the appeal is sustained, any statement or material submitted may be subject to introduction as evidence at any hearing that may be held before an administrative law judge. Further, we

are required by the Federal Records Act to keep copies of documents used in our case handling for some period of years after a case closes. Accordingly, we may be required by the FOIA to disclose such records upon request, absent some applicable exemption such as those that protect confidential source, commercial/financial information or personal privacy interests (e.g., FOIA Exemption 4, 6, 7(C) and 7(D), 5 U.S.C. § 552(b)(4), (6), (7)(C), and 7(D)). Accordingly, we will not honor any requests to place limitations on our use of appeal statements or supporting evidence beyond those prescribed by the foregoing laws, regulations, and policies.

**Notice to Other Parties of Appeal:** You should notify the other party(ies) to the case that an appeal has been filed. Therefore, at the time the appeal is sent to the General Counsel, please complete the enclosed Appeal Form (NLRB-4767) and send one copy of the form to all parties whose names and addresses are set forth in this letter.

Sincerely,

*Martha Kinard*

Martha Kinard
Regional Director

Enclosure:    Form NLRB-4767, Appeal Form

cc:    General Counsel
       National Labor Relations Board
       Attn: Office of Appeals
       1099 14th Street, N.W.
       Washington, D.C. 20570-0001

       Mr. Steve Donahue, Steward
       Communications Workers of America, Local 6215
       1408 N. Washington Street, Suite 300
       Dallas, TX 75204

       Ms. Sherry Rea
       AT&T
       1801 Valley View Lane
       Farmers Branch, TX 75234

Form NLRB-4767

# UNITED STATES OF AMERICA
# NATIONAL LABOR RELATIONS BOARD

## APPEAL FORM

To:   General Counsel                                    Date:
      National Labor Relations Board
      Attn:  Office of Appeals
      1099 14th Street, N.W.
      Washington, D.C. 20570-0001

Please be advised that an appeal is hereby taken to the General Counsel of the
National Labor Relations Board from the action of the Regional Director in
refusing to issue a complaint on the charge in

**Communications Workers of America, Local 6215 (AT&T)**

Case Name(*s*).

**16-CB-8278**

Case No(*s*).   *(If more than one case number, include all case numbers in which*
*appeal is taken.)*


_____

(Signature)



**United States Government**

**NATIONAL LABOR RELATIONS BOARD**
**Region 16**
**819 Taylor Street – Room 8A24**
**Fort Worth, TX 76102-6178**

Telephone: (817) 978-2921   Fax: (817) 978-2928
Agency Web Site: www.nlrb.gov

April 25, 2011

Ms. Guerivace Shelton
6746 Keswick Drive
Dallas, TX 75232

Re:   AT&T Mobility
Case No. 16-CA-27896

Dear Ms. Shelton:

The Region has carefully investigated and considered your charge against AT&T
Mobility alleging violations under Section 8 of the National Labor Relations Act.

**Decision to Dismiss:**  Based on that investigation, I have concluded that further
proceedings are not warranted, and I am dismissing your charge for the following reasons:

The charge alleges that the Employer violated the Act by discriminating against you
because you engaged in union and other protected concerted activities.

The investigation revealed that you filed a grievance on or about August 2010.  The
evidence showed that (1) in December 2008 you did not receive a raise; (2) in January
2010 you were not paid for 2.5 hours of short term disability; and (3) in July 2010 you
were not paid for a vacation day, and you were no longer receiving the same preferential
shift you received in 2008.  The evidence failed to show that the Employer engaged in
any of these actions because of your union activity.  The evidence failed to establish that
you were discriminated against because you filed a grievance or engaged in any other
union activity.

Additionally, Section 10(b) of the Act provides that no complaint shall issue based upon
any unfair labor practice occurring more than six months prior to the filing and service of
the charge.  The investigation revealed that you were aware of the Employer's alleged
conduct more than six months prior to the filing of this charge.

Therefore, I am refusing to issue complaint in this matter.

**Your Right to Appeal:** The National Labor Relations Board Rules and Regulations permit you to obtain a review of this action by filing an appeal with the GENERAL COUNSEL of the National Labor Relations Board. Use of the Appeal Form (Form NLRB-4767) will satisfy this requirement. However, you are encouraged to submit a complete statement setting forth the facts and reasons why you believe that the decision to dismiss your charge was incorrect.

The appeal may be filed by regular mail addressed to the *General Counsel* at the *National Labor Relations Board, Attn:  Office of Appeals, 1099 14th Street, NW, Washington, DC 20570-0001.*  A copy of the appeal should also be mailed to the Regional Director.

An appeal may also be filed electronically by using the E-filing system on the Agency's Website. In order to file an appeal electronically, please go to the Agency's Website at **www.nlrb.gov,** click on **File Case Documents,** enter the NLRB Case Number, and follow the detailed instructions.

The appeal **MAY NOT** be filed by facsimile transmission.

**Appeal Due Date:** The appeal must be received by the General Counsel in Washington D. C. by the close of business at **5:00 p.m. [EST or EDT, as appropriate] on May 9, 2011,** unless electronically filed. If you mail the appeal, it will be considered timely if it is postmarked no later than one day before the due date. If you file the appeal electronically it will be considered timely filed if the transmission of the entire document through the Agency's website is accomplished **no later than 11:59 p.m. Eastern Time** on the due date.

**Extension of Time to File Appeal:** Upon good cause shown, the General Counsel may grant an extension of time to file the appeal. You may file a request for an extension of time to file by mail, facsimile transmission, or electronically. To file electronically, go to **www.nlrb.gov,** click on **File Case Documents,** enter the NLRB Case Number and follow the detailed instructions. The fax number is (202) 273-4283. While an appeal will be accepted as timely filed if it is postmarked no later than one day prior to the appeal due date, this rule does not apply to requests for extensions of time. A request for an extension of time to file an appeal **must be received on or before the original appeal due date.** A request that is postmarked prior to the appeal due date but received after the appeal due date will be rejected as untimely. Unless filed electronically, a copy of any request for extension of time should be sent to me.

**Confidentiality/Privilege:** Please be advised that we cannot accept any limitations on the use of any appeal statement or evidence in support thereof provided to the Agency. Thus, any claim of confidentiality or privilege cannot be honored, except as provided by the FOIA, 5 U.S.C. 552, and any appeal statement may be subject to discretionary disclosure to a party upon request during the processing of the appeal. In the event the appeal is sustained, any statement or material submitted may be subject to introduction as evidence at any hearing that may be held before an administrative law judge. Further, we

are required by the Federal Records Act to keep copies of documents used in our case handling for some period of years after a case closes. Accordingly, we may be required by the FOIA to disclose such records upon request, absent some applicable exemption such as those that protect confidential source, commercial/financial information or personal privacy interests (e.g., FOIA Exemption 4, 6, 7(C) and 7(D), 5 U.S.C. § 552(b)(4), (6), (7)(C), and 7(D)).  Accordingly, we will not honor any requests to place limitations on our use of appeal statements or supporting evidence beyond those prescribed by the foregoing laws, regulations, and policies.

**Notice to Other Parties of Appeal:**  You should notify the other party(ies) to the case that an appeal has been filed.  Therefore, at the time the appeal is sent to the General Counsel, please complete the enclosed Appeal Form (NLRB-4767) and send one copy of the form to all parties whose names and addresses are set forth in this letter.

Sincerely,

Martha Kinard
Regional Director

Enclosure:      Form NLRB-4767, Appeal Form

cc:    General Counsel
       National Labor Relations Board
       Attn:  Office of Appeals
       1099 14th Street, N.W.
       Washington, D.C. 20570-0001

       Ms. Sherry Rea
       AT&T Mobility
       1801 Valley View Lane
       Farmers Branch, TX 75234

       Mr. Christian A. Bourgeacq,
       General Attorney-Labor/HR
       AT&T
       4544 South Lamar, MS 4401-LR
       Austin, TX 78745

       Ms. Lysha Weston
       AT&T Mobility
       208 South Akard Street, Suite 3313
       Dallas, TX 75202

Form NLRB-4767

UNITED STATES OF AMERICA
## NATIONAL LABOR RELATIONS BOARD

### APPEAL FORM

To:   General Counsel                                          Date:
       National Labor Relations Board
       Attn:  Office of Appeals
       1099 14th Street, N.W.
       Washington, D.C. 20570-0001

Please be advised that an appeal is hereby taken to the General Counsel of the
National Labor Relations Board from the action of the Regional Director in
refusing to issue a complaint on the charge in

**AT&T Mobility**

Case Name(s).

**16-CA-27896**

Case No(s).   *(If more than one case number, include all case numbers in which
appeal is taken.)*



_____

(Signature)

Form NLRB-4767

# UNITED STATES OF AMERICA
## NATIONAL LABOR RELATIONS BOARD

### APPEAL FORM

To:   General Counsel                                          Date:
      National Labor Relations Board
      Attn:  Office of Appeals
      1099 14th Street, N.W.
      Washington, D.C. 20570-0001

Please be advised that an appeal is hereby taken to the General Counsel of the
National Labor Relations Board from the action of the Regional Director in
refusing to issue a complaint on the charge in

**Communications Workers of America, Local 6215 (AT&T)**

Case Name(s).

**16-CB-8278**

Case No(s).   *(If more than one case number, include all case numbers in which
appeal is taken.)*

*Lawrence Shelton*   5/5/2011
                                  (Signature)

I am requesting that the charges filed against AT& T Mobility CASE # 16-CA-27896 AND 10(B) and the Communication Worker of America ( Local) 6215 CASE #16-CB-8278 Be Appealed .

REASON FOR APPEAL : Based on the fact that is should have be based on The National Labor Relations Act Section 7 , Section 8 and Section 9.

REASON FOR APPEAL : Based on the fact that I stated on page 2 lines (11,12,13 confidential witness affidavit ). The only thing my check was not flagged by payroll until 02/10 which is the time I told my manager and had reason to act on this issue for the raise been done on the floor in 2008. Yes, I knew but did not have reason or cause in December of 2008 .

REASON FOR APPEAL : Based on the fact that I stated on page 3 lines ( 5,6,7on confidential witness affidavit). Because , I was being harassed and I called the hotline and filed a EEOC within the company on July 3,2010.I, Also listed my report number (report number 114097314)…I don't think I was protected by my union. The National Labor Relations Act Section 7 applies.

REASON FOR APPEAL: Based on the fact that I stated on page 3 lines (14,15,16,17,and 19 confidential witness affidavit). This is on the day filed the internal EEOC report in July 3,2010. I was not protected by my union nor my employer since I filed an internal charge stating a breach of security and harassment.. See enclosed statement to personnel and misconduct of personnel and employer letter from the union letter dated 10/2011. Case was held up an addition 6 months from 2/2011 till 08/2011 with management. The National Labor Relations Act Section 7,8 (A)(1) , 8(a)(2) and 8 (a)(5).

REASON FOR APPEAL : Based on the fact that I stated on page 3 and 4 lines( 21,22,23,24,25,and 1,2,3,4 5). …This is after I filed my EEOC internal report in July 3,2010 with my employer . The National Labor Relations Act Section 7 and 8(a)(1)

REASON FOR APPEAL: Based on the fact that I stated on page 4 lines(6,7,8) (13,14)This is after I filed my EEOC internal report in July 3,2010 with my employer. Filed my charges with my union and was told to wait 90 more days. The National Labor Relations Act Section 8 (a)(5), Section 8(a)(1)and Section 8(a)(2)

REASON FOR APPEAL : Based on the fact that I stated on page 5 lines (22,23,24,25, ) page 6 lines 1,2,3) Shift bids are done discreetly in violation of union policy manipulating the union . The National Labor Relations Act Section 8 (a)(2), Section 8 (a)(4) Section 8 (a)(5) and Section 9

REASON FOR APPEAL: AT&T MOBILITY and Union Local 6215 was aware of an EEOC Charge filed in January 1, 2011. Section 7

REASON FOR APPEAL : The Labor Union -An organization of wage earn formed for the purpose of serving the members interests with respect to wages and working conditions. ).  Someone had to approve this raise in Dec 2008.  The National Labor Relations Act  Section 8 (a) (1), Section 8(a)(2) and Section 8(a)(5).  .

REASON FOR APPEAL: Based on the fact I stated  on page 6 lines (4,5,6,7,8,9,10,11,12 confidential witness affidavit).    Job titles are given and manipulated for a reason.   A **job description** is a list that a person might use for general tasks, or functions, and responsibilities of a position. It may often include to whom the position reports, specifications such as the qualifications or skills needed by the person in the job, or a salary range. Job descriptions are usually narrative,[1] but some may instead comprise a simple list of competencies; for instance, strategic human resource planning methodologies may be used to develop a competency architecture for an organization.
I KNOW THIS IS A RIGHT TO WORK STATE .
But , No person should be made to do 3 or more  different jobs with any manger coming to your desk telling you to change over .

_____    5/5/2011
Name                                                  Date

Form NLRB-4767

UNITED STATES OF AMERICA
## NATIONAL LABOR RELATIONS BOARD

## APPEAL FORM

To:   General Counsel                                  Date:
      National Labor Relations Board
      Attn:  Office of Appeals
      1099 14th Street, N.W.
      Washington, D.C. 20570-0001

Please be advised that an appeal is hereby taken to the General Counsel of the
National Labor Relations Board from the action of the Regional Director in
refusing to issue a complaint on the charge in

**AT&T Mobility**
Case Name(s).

**16-CA-27896**
Case No(s).   *(If more than one case number, include all case numbers in which
appeal is taken.)*

_(Signature)_ 5/5/2011

I am requesting that the charges filed against AT& T Mobility CASE # 16-CA-27896 AND 10(B) and the Communication Worker of America ( Local) 6215 CASE #16-CB-8278 Be Appealed .

REASON FOR APPEAL : Based on the fact that is should have be based on The National Labor Relations Act Section 7 , Section 8 and Section 9.

REASON FOR APPEAL : Based on the fact that I stated on page 2 lines (11,12,13 confidential witness affidavit ). The only thing my check was not flagged by payroll until 02/10 which is the time I told my manager and had reason to act on this issue for the raise been done on the floor in 2008 . Yes, I knew but did not have reason or cause in December of 2008 .

REASON FOR APPEAL : Based on the fact that I stated on page 3 lines ( 5,6,7on confidential witness affidavit). Because , I was being harassed and I called the hotline and filed a EEOC within the company on July 3,2010.I, Also listed my report number (report number 114097314)...I don't think I was protected by my union. The National Labor Relations Act Section 7 applies.

REASON FOR APPEAL: Based on the fact that I stated   on page 3 lines (14,15,16,17,and 19 confidential witness affidavit).   This is on the day  filed the internal EEOC report in July 3,2010. I was not protected by my union nor my employer since I filed an internal charge stating a breach of security and harassment.. See enclosed statement to personnel and misconduct of personnel and employer letter from the union letter dated 10/2011. Case was held up an addition 6 months from 2/2011 till 08/2011with management.  The National Labor Relations Act   Section 7,8 (A)(1) , 8(a)(2) and 8 (a)(5).

REASON FOR APPEAL : Based on the fact that I stated   on page 3 and 4 lines( 21,22,23,24,25,and 1,2,3,4 5). ...This is after I filed my EEOC internal report in July 3,2010 with my employer . The National Labor Relations Act   Section 7 and 8(a)(1)

REASON FOR APPEAL: Based on the fact that I stated   on page 4 lines(6,7,8) (13,14)This is after I filed my EEOC internal report in July 3,2010with my employer. Filed my charges with my union and was told to wait 90 more days. The National Labor Relations Act   Section 8 (a)(5), Section 8(a)(1)and Section 8(a)(2)

REASON FOR APPEAL : Based on the fact that I stated   on page 5 lines (22,23,24,25, ) page 6 lines 1,2,3) Shift bids are done discreetly  in violation of union policy manipulating the union . The National Labor Relations Act   Section 8 (a)(2), Section 8 (a)(4)  Section 8 (a)(5) and Section 9

REASON FOR APPEAL: AT&T MOBILITY and  Union Local 6215 was aware of an EEOC Charge filed in January 1, 2011. Section 7

REASON FOR APPEAL :  The Labor Union -An organization of wage earn formed for the purpose of serving the members interests with respect to wages and working conditions. ).  Someone had to approve this raise in Dec 2008.   The National Labor Relations Act  Section 8 (a) (1), Section 8(a)(2) and Section 8(a)(5).  .

REASON FOR APPEAL: Based on the fact I stated  on page 6 lines (4,5,6,7,8,9,10,11,12 confidential witness affidavit).     Job titles are given and manipulated for a reason.   A **job description** is a list that a person might use for general tasks, or functions, and responsibilities of a position. It may often include to whom the position reports, specifications such as the qualifications or skills needed by the person in the job, or a salary range. Job descriptions are usually narrative,[1] but some may instead comprise a simple list of competencies; for instance, strategic human resource planning methodologies may be used to develop a competency architecture for an organization.
I KNOW THIS IS A RIGHT TO WORK STATE .
But , No person should be made to do 3 or more  different jobs with any manger coming to your desk telling you to change over .

_____     5/5/2011
Name                                    Date

# The National Labor Relations Act

The NLRA was enacted by Congress in 1935.  It was hailed at the time and for many years after as the Magna Carta of America labor.  Previously, employers had been free to spy on, interrogate, discipline, discharge, and blacklist union members.  But in the 1930's workers began to organize militantly.  A great strike wave in 1933 and 1934 included citywide general strikes and factory takeovers.  Violent confrontations occurred between workers trying to form unions and the police and private security forces defending the interests of anti-union employers.  Some historians believe that Congress adopted the NLRA primarily in the hopes of averting greater, possible revolutionary, labor unrest.

The NLRA guaranteed workers the right to join unions without fear of management reprisal.  It created the National Labor Relations Board (NLRB) to enforce this right and prohibited employers from committing unfair labor practices that might discourage organizing or prevent workers from negotiating a union contract.

The NLRA's passage galvanized union organizing.  Successful campaigns soon followed in the automobile, steel, electrical, manufacturing, and rubber industries.  By 1945, union membership reached 35% of the work-force.  In reaction, industrialists, and other opponents of organized labor sought to weaken the NLRA.  They succeeded in 1947 with the passage of the Taft-Hartly Act, which added provisions to the NLRA allowing unions to be prosecuted, enjoined, and sued for a variety of activities, including mass picketing and secondary boycotts.

The last major revision of the NLRA occurred in 1959, when Congress imposed further restrictions on unions in the Landrum-Griffin Act.

Key Provisions

The most important sections of the NLRA are Sections 7, 8, and 9.
Section 7, is the heart of the NLRA.  It defines *protected* activity.  Stripped to its essential, it reads:

Employees shall have the right to self-organization, to form, join, or assist labor organizations, to bargain collectively through representatives of their own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid and protection.

Section 7 applies to a wide range of union an collective activities.  In addition to organizing, it protects employees who take part in grievances, on-the-job protests, picketing, and strikes.

Section 8 defines employer unfair labor practices.

Five types of conduct are made illegal:

- Employer interference, restraint, or coercion directed against union or collective activity (Section 8(a)(1))
- Employer domination of unions (Section 8(a)(2))
- Employer discrimination against employees who take part in union or collective activities (Section 8(a)(3))
- Employer retaliation for filing unfair-labor-practice charges or cooperating with the NLRB (Section 8(a)(4))
- Employer refusal to bargain in good faith with union representatives (Section 8(a)(5))

Threats, warnings, and orders to refrain from protected activities are forms of interference and coercion that violate Section 8(a)(1).  Disciplinary actions, such as suspensions, discharges, transfers, and demotions, violate Section 8(a)(3).  Failures to supply information, unilateral changes, refusals to hold grievance meetings, and direct dealings violate Section 8(a)(5).

Section 8 also prohibits union unfair labor practices, which include, according to legal construction, failure

to provide fair representation to all members of the bargaining unit.

Section 9 provides that unions, if certified or recognized, are the exclusive representatives of bargaining unit members.  It prohibits the adjustment of employee grievances unless a union representative is given and opportunity to be present, and establishes procedures to vote on union representation.

The NLRA sets out general rights and obligation.  Enforcing the Act in particular situations is the job of the NLRB.

Back to Index……

FORM NLRB-5268
(2-08)

County of        Tarrant              )              Case        16-CA-27896 and
                                      )                          16-CB-8278
                                      ) SS
State of         Texas                )

### Confidential Witness Affidavit

I <u>Guerivace Shelton</u>, being first duly sworn upon my oath, hereby state as follows:

I have been given assurances by an agent of the National Labor Relations Board that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the Board and will not be disclosed unless it becomes necessary to produce the Confidential Witness Affidavit in connection with a formal proceeding.

I reside at 6746 Keswick Drive; Dallas, TX 75232. My telephone number is (214) 926-2806.

I have been employed by AT&T Mobility located at 1801 Valley View Lane; Farmers Branch, Texas as a customer service representative since September 2008 (I am currently in inbound collections). I currently work about 40 hours per week for about $14.53 per hour. My supervisor is Sherry Rea, Manager.

1    AT&T Mobility communicates regularly with employees through e-mail or an Intranet. They send
2    notices and policy changes by email. They say they post information on the intranet, but it's hard to find
3    it. They have some bulletin boards at the Valley View Lane facility where they post information for
4    employees, but I do not know how many.

5    I have been a member of the Communication Workers of America, Local 6215 since about
6    September 2008. I have not held or run for Union office. I have not filed grievances other than the one at
7    issue in the instant charge.

8    The CWA, Local 6215 communicate regularly with employees through bulk e-mail on our
9    personal email addresses and they have sent me emails to my work email account about meeting with
10   me about my grievance. They have about some bulletin boards at the Valley View Lane facility where
11   they post information for employees but I do not know how many.

Page  1

### PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.



FORM NLRB-5168
(2-08)

1       On or about December 2008, I heard Sherry Hardman, manager, talk to Leticia Beckworth,

2    customer service rep (we were hired on the same day), about how since she had a degree she was going

3    to give Leticia a raise (I found out in December 2010 from Leticia that it was a $0.50 per hour raise, she

4    no longer works there, she did not tell me when her raise took effect). I didn't think they could do that

5    because I was told by the trainer when I was hired in September 2008, that once you're hired you can't go

6    back and renegotiate your contract and you couldn't get a raise unless you got a promotion or had extra

7    work or in accordance with the scale that gives you an automatic raise every six months until we top off.

8       Between December 2008 and February 2010, I didn't see anything on the payroll about my being

9    due a raise. I did receive my regular 6 month raises on time. I knew that Leticia got a raise because in

10   February 2010 something changed on my check. Leticia and I were hired on the same day in the same

11   job category. I worked in payroll for another company and it would automatically flag the other person's

12   check if a change was made to someone else's check that was in the same category and hired on the

13   same date.

14      On or about February 2010, I noticed that it said on my paycheck that I was due a raise. At the

15   bottom of my checks between February 2010 and April 2010 it said "This pay period includes a pay rate

16   change – the most current hourly rate is shown above." I told my manager and she said she thought

17   there was a mistake and told me to wait and see if it stopped printing out that I was due a raise (in

18   addition to the regular 6 month raise). It stopped in May 2010 when I tried to access my check and was

19   unable to. On the last April 2010 check the phrase didn't show up on my check, but it was on the next

20   two in May 2010. After that it stopped again. I never got an additional raise besides the regular 6 month

21   raises.

22      On or about March or April 2010, my manager sent me to Lynn Whelldon, her manager. I sent

23   her an email about it but she never responded. On or about April 2010, after I told her that Lynn didn't

24   respond so my manager sent me to the payroll person, (first name unknown) Smitts, she said I got all my

25   raises. I told her that there was a raise on the floor with Leticia Beckworth. She asked how I knew that. I

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.



FORM NLRB-5168
(2-08)

1    said that I saw her get it. She didn't say anything to me about that. I also talked to her about how it was

2    deleted in the system that I had requested May 28, 2010, to be off.

3         On or about July 3, 2010, I called the Employer's hotline (I do not know who I talked to) and told

4    them someone in payroll had just sent me an email from a general address about a schedule change for

5    me that said I was a no show on July 5, 2010 when I was supposed to be off. I told them about not

6    getting a raise like Leticia and that I wanted them to stop the harassment. I gave them my name and got

7    a case number from the person I talked to (report number 114097314).

8         No supervisors or managers said anything to me about the call.

9         On or about early July 2010, KJ Johnson, personnel, contacted my manager first about the

10   schedule change and the raise.

11         I kept complaining to my manager about my raise and about the day in May that was deleted from

12   the system (I had gotten a write up for not coming in, but I told her that I already had it in the system and

13   someone deleted it) and the day in July 2010.

14         On or about July 2010, KJ called me and told me to get off the clock and take her call in Rae's

15   office. I told her the same things I had been telling my manager and how someone had gone into the

16   system using my number to change my day off. She said she would look into it and see what she could

17   do to straighten out the situation.

18         After that I received my July 3, 2010 pay (I had already received the pay from May).

19         I received a list of questions from KJ on July 19, 2010, I responded to her questions on August 9,

20   2010.

21         On or about August 17, 2010, Rae called me into a meeting with Annjeanetta Hampton, payroll,

22   and KJ Johnson in one of the training rooms. When I went to the meeting, I thought we were going to talk

23   about shift bids because Annjeanetta and my manager told me that was what the meeting was going to

24   be about. But we never talked about the shift bids, they wanted to talk about someone going into the

25   system to change my days off. Annjeanetta said I was accusing her employees of going into the system

Page 3

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.



FORM NLRB-5168
(2-08)

1    and changing information.  I said I'm not accusing anyone, but what I was seeing on my printouts was

2    that Johnny Griffin, payroll, was changing things in my record.  My CWA rep, Steve Donahoo, was also at

3    the meeting (the Employer invited him).  KJ told me to file a grievance with the CWA.

4         After we left the meeting Donahoo gave me the form to fill out what I wanted to file the grievance

5    about a week later because he didn't have the form that day.

6         On or about August 27, 2010, I turned in the grievance form to Donahoo at work.  He told me they

7    were backed up with cases and they would get with me within 90 days.

8         I waited 90 days, but no one met with me during that time.

9         I called the CWA office sometime between August and October 2010, I cannot recall who I talked

10   to, but I told him that I felt that I was being harassed and wanted it to stop.  In May, June and July, 2010, I

11   did not meet my stats because I was going through this ordeal.  He told me to stop printing documents

12   because it was the property of AT&T.  I told him if it was not related to me I didn't print it out.

13        On or about October 4, 2010, I received a letter at home from CWA Treasurer Ted Levee to

14   Steve Dryden, Employer manager stating that the Union needed to meet with him on my grievance.

15        On or about January 2011, Shirley Anthony, CWA steward, walked up to me and told we were

16   meeting today.  I went to my manager because I didn't see anything in my IEX (shows our schedules).

17   She said since it wasn't IEX the day before there was nothing saying that I should go.  I sent an email to

18   Shirley or Steve that we should reschedule for a later date because I didn't see anything in my IEX.  One

19   of the other CWA reps (I cannot recall who) walked up to my desk and said the meeting was going to be

20   today.  I asked if they had told my manager because there was nothing in my IEX.  She went to my

21   manager and said they wanted to talk to me.  I walked over there too and my manager said to go ahead

22   to the meeting.

23        I went to the meeting in Smitt's office.  Smitt's, Donahoo, another CWA rep that I had never seen

24   before, Shirley Anthony, and the CWA rep that came and got me.  They started talking among each other

25   and no one was talking to me.  Anthony told me they have been looking into it but they have a lot of

Page  4

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq.  The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation.  The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006).  The NLRB will further explain these uses upon request.  Disclosure of this information to the NLRB is voluntary.  However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.



FORM NLRB-5168
(2-08)

1   cases. She told me that they hadn't heard from Dryden yet about setting up a meeting. Smitt's said they

2   looked through everything and didn't see where you didn't get a raise. I said Leticia got a raise on the

3   floor in 2008 but it didn't print out until 2010. Smitt's said they gave the raise to her because she had a

4   bachelor's degree. I told Anthony and Smitt's that they've already discussed this and I would only

5   respond to them if they gave me something in writing. I got up and left the meeting then.

6       I have not heard from the Union and I have not tried to contact them.

7       On or about January 2011, I filed a complaint with the EEOC about age discrimination regarding

8   the raise. On or about the same day, I received a right to sue letter from them. A few weeks later I filed a

9   formal complaint with them. No supervisors or managers said anything to me about the EEOC complaint

10   I made but they should know about it by now because the EEOC sent them a right to sue letter.

11       I do not know where my grievance is currently. No supervisors or managers have said anything

12   to me about the grievance.

13       I believe the Employer has discriminated against me by failing to give me raise since 2008 when

14   Leticia got her raise. I believe the Employer did not give me a raise because I saw them giving the raise

15   to Leticia and I told them about it up front in February 2010.

16       I am not aware of anyone else given a raise on the floor. I don't think anyone else was hired the

17   same day as Leticia and I in our category.

18       I believe the Union has failed to represent me by not responding to me concerning my issue.

19   They have not given me anything in writing except the letter to Dryden from Levee. I believe their motive

20   was that they don't want anyone to know that they are allowing raises to be given on the floor. They don't

21   want to address the issue.

22       I was hired in September 2008, and after the first shift bid, I got Monday through Friday with

23   Saturday off. There are people with more seniority that can't get Saturday off. I don't know why the

24   Employer is doing that. A lot of other agents were upset with me about it. In early to mid 2010 when I

25   was addressing my raise issue, I told Annjeanetta Hampton, in payroll and does shift bids, about the shift

Page 5

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.



FORM NLRB-5166
(2-08)

1    bid in 2008. She said that was then and this is now. I said now I was getting bad shift bids and feel like

2    the other ones. It is supposed to be done strictly by seniority but they are splitting us up between inbound

3    and outbound and then figuring the seniority. We are assigned to one or the other, but they make us do

4    both and credit and activation when they need us to. I was reprimanded in January 2011 for failing an

5    outbound call. I took the payment like I was supposed to do, but they said I should have said more to the

6    customer. I was not supposed to be doing outbound calls after December 2010 based on an agreement

7    with the Union and the Employer (because we were having to do 3 jobs and only getting paid for one and

8    we were the only location doing that), but I got an outbound call in January 2011. I do not know why I had

9    that call. I have not had any more outbound or credit and activation calls since January 2011. I did not

10    talk to the Union about the outbound calls in January 2011 because they didn't handle my raise situation.

11    They didn't pay us when we were going 3 different jobs, the Union should have stepped in. I did not talk

12    to the Union about it because they didn't handle my other grievance.

**I am being provided a copy of this Confidential Witness Affidavit for my review. If, after reviewing this affidavit again I remember anything else that is relevant, or desire to make any changes, I will immediately notify the Board agent. I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this statement consisting of <u>6</u> pages, including this page, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge and belief.**

_Furwace Shelton_

Subscribed and sworn to before me at

Fort Worth, Texas

This 10th day of March, 2011.

Board Agent,
National Labor Relations Board

Page 6

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.





*Communications*

**LOCAL 6215**
1408 N. Washington, Suite 300
Dallas, TX 75204
214-826-6215
1-866-201-0905

*Workers of America* AFL-CIO

October 4, 2010

Steve Dryden, Area Manager
AT&T Mobility, Inc.
1801 Valley View Ln
Farmers Branch, TX 75232

Dear Mr. Dryden:

In accordance with the agreement between AT&T Mobility, Inc. and Communications Workers of America, the Union hereby requests a meeting with representatives of the Management for the purpose of negotiating an agreement, which is described as follows:

"Action on the part of Company in failing and/or refusing to properly pay Guerivace Shelton, Customer Service Representative."

The Union suggests this meeting be held at your earliest convenience. Please contact this office so that we may discuss a suitable time, date and place for this meeting.

Sincerely,

Ted Levee
Treasurer

**Grievance Number: TL1004-10B**
Please refer to this number when corresponding or calling about this grievance.

CC: Guerivace Shelton
CC: Shirley Anthony

Transmission Report

| Date/Time | 08-09-2010 | 12:47:15 p.m. | Transmit Header Text | |
|---|---|---|---|---|
| Local ID 1 | 9727063319 | | Local Name 1 | DALCC |
| Local ID 2 | | | Local Name 2 | |

## This document : Confirmed

## (reduced sample and details below)

## Document size : 8.5"x11"

**SHELTON, GUERIVACE (ATTCINW)**

| | |
|---|---|
| **From:** | JOHNSON, KJ (ATTSI) |
| **Sent:** | Monday, July 19, 2010 3:31 PM |
| **To:** | SHELTON, GUERIVACE (ATTCINW) |
| **Subject:** | Case ID 1:4097314 SHELTON |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

AT&T's Human Resources Management team is in receipt of your complaint and the report is being reviewed by Mrs. KJ JOHNSON, HR Employee Relations Manager. The purpose of the Ethics line is for employees to report violations of Company policies or laws. When you file a report, it is imperative that you have firsthand knowledge of a situation and are able to provide specific details about your allegations in order for the investigator to determine if this is a policy violation or not.

Currently the complaint does not provide specific information needed to move forward.
Please elaborate:
1) What would Manager Rea gain from the raise payroll error?
2) Why do you believe this specific incident caused her to deny your vacation time off?
3) Was the May 2010 vacation time off pre-requested?
4) How do you know Manager Rea was aware that you had approved vacation time off in May?
5) Do you have the approval in writing you can forward it to me?
6) In June, how did you report that your schedule was not properly adjusted for the meeting, causing your adherence to be off?
7) Did you submit and receive documented approval for vacation time off 7/4/2010 through 7/12/2010 that you can forward to me?

Job transfers are not facilitated through the investigations, however once a violation is confirmed, disciplinary action is used to address specific behavior(s). If you wish to transfer to another position or department, please go on line to **AT&T HRoneSTOP** and select Your Career.

Once on that page, you will see a link to review current job opportunities. You can sort by titles, locations and departments in order to find positions in which you qualify for. You apply for the desired position(s) on line, so make sure to have an updated electronic copy of your resume to attach.

Please forward any supporting documentation for your case to my fax or email. Should you have additional details or more information to help with the investigation you can also call me directly at (405) 529 8766. If you reach voice mail, please leave as much details as possible for me to follow up on. This report will be open for another 15 days to allow you the opportunity to provide more pertinent details to substantiate a violation of Company policies or law. If you do not respond, this case will be closed. Thank you in advance for your time and cooperation in this matter.

KJ, (Kristina Johnson) | AT&T HR Services - Compliance Investigations, Employee Relations Manager II - Office # 405 529 8766, Fax # 405 529 8758 (N.S. Use Only. All investigations are taken seriously, and it is extremely important to disclose accurate and truthful information. Any information provided or intentionally misdirect an investigations whether by false statements or omissions may result in discipline up to and including dismissal. Individual are not discuss the investigations or their conversations with the investigator with others - Doing so could adversely influence the outcome of the investigation; therefore any discussion could potentially result in discipline. AT&T has a zero tolerance policy for retaliation.
AT&T Proprietary (Internal Use Only) - Do NOT forward this email to anyone without expressed permission - Not for use or disclosure outside the AT&T companies except under written agreement. This message and any attachments is it content confidential business information intended solely for the recipients and not for distribution. If you have received this email in error please do not forward or distribute it to anyone else. but delete the message from your system then call (405)-529-8758 to report the error.

| Total Pages Scanned : 3 | | | Total Pages Confirmed : 3 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 816 | 4055298538 | 12:45:43 p.m. 08-09-2010 | 00:01:03 | 3/3 | 1 | EC | HS | CP24000 |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | TU: Terminated by user | |
| HR: Host receive | PR: Polled remote | CP: Completed | TS: Terminated by system | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FA: Fail | RP: Report | EC: Error Correct |

I am writing this in response to the letter I got on July 19,2010.

1. What would manager Rea gain from the raise payroll error?

Manager Rea would not gain nothing . I feel my manager has done everything possible to get this corrected.  She advised me to go to Lynn Wheeldon and  Kimberly Stinemetz concerning this issue over 3 months ago now.
I advised Ms. Stinemetz  that pay contracts were negotiated on the floor. After 7 weeks of training, we where told in class that  after your first day of work, no more negotiations is to be done. I found out that the negotiations were done after 7 weeks of training.

2.  Why do you believe this specific incident caused her to deny your vacation time off?

I don't think this specific incident caused her to deny my vacation.  I believe this is a regular practice done at this location.

3.  Was the May 2010 vacation time off pre-requested?

Yes, all vacation time off must be pre-requested.  According to the records it was ask for in 12/08/2009.

On the weeks of  my vacation someone went into the system and changed my vacation week off for May 29,2010 and  the week of July 4,2010. To my understanding this is a breach of security  within  AT&T and I am very concern

To my understanding of  Article 12 schedules are to be in the system 1 to 2 weeks in advance.

4.  How do you know Manager Rea was aware that you had approved vacation time off in May ?

Manager Rea  is aware of all individuals in her group approved vacation time.
Approved vacation is placed in each persons  IEX until it is used that info is accessible to management and upper management.

5.  Do you have the approval in writing that you can forward it to me.

Yes. All time must be approved before it is place in your IEX system. (vacation, floating holiday, etc. see attached copies).  Also, see on copies where my agent code was used to make changes on 05/29/2010 and 07/03/2010?

6. In, June how did you report that your schedule was not properly adjusted for the meeting, causing your adherence to be off?

In June my schedule was properly adjusted before all statistic was sent in by management or upper management in June.


7. Did you submit and receive documented approval for vacation time off 07/04/2010 through 07/12/2010?

Yes, I can send you information submitted and received documented approval for vacation time off 07/04/2010 through 07/12/2010. (see in enclosed copies and forms)of my vacation.

On the weeks of my vacation someone went into the system and changed my vacation week off for May 29,2010 and the week of July 4,2010. To my understanding this is a breach of security within AT&T and I am very concern.

Also, Why would I call on July 3,2010 to an outside company concerning my vacation then change it on July 3, 2010 at 1:00om?

To my understanding of Article 12 schedules are to be in the system 1 to 2 weeks in advance.


The only date that is missing is the day of July 8, 2010. (Which is my day off it was placed back in the system as a vacation week then a vacation day.

According to payroll an individual must request 5 days off. After that time is used that day will be released back into that individual unused time so, that person can use it another time. My day was release as a vacation week then put in system later as a vacation day.


In closing, I want it to be known that even after I filed this EEO someone still went into my IEX and changed my day off for 07/31/2010.

To my understanding this is a breach of security within AT&T and I am very concern.

Also, I did not get paid for January 12,2010 and that I was only told of FMLA.


This is a follow up writing of the conversion on August 3,2010 with Ms. K. Johnson.



**United States Government**

**NATIONAL LABOR RELATIONS BOARD**
**Region 16**
**819 Taylor Street – Room 8A24**
**Fort Worth, TX 76102-6178**

Agency Web Site: www.nlrb.gov

February 25, 2011

Ms. Guerivace Shelton
6746 Keswick Drive
Dallas, Texas 75232

Re:   Communications Workers of America
Local 6215 (AT&T)
Case No. 16-CB-8278

Board Agent Assigned: Darci B. Slager
Telephone: (817)978-2004
E-Mail: Darci.Slager@nlrb.gov

Dear Ms. Shelton:

The investigation of the attached charge you recently filed in the above matter has been assigned to the Board agent listed above and any communication concerning this case should be directed to this Board agent at the above address and telephone number.  If you are concerned that you are not proficient in the English language and need assistance in translation, please tell the Board agent assigned to your case as soon as possible of your need.

> **FILING DOCUMENTS WITH REGIONAL OFFICES:** The Agency is moving toward a fully electronic records system.  To facilitate this important initiative, the Agency strongly urges all parties to submit documents and other materials (except unfair labor practice charges and representation petitions) to Regional Offices through the Agency's E-Filing system on its website:   http://www.nlrb.gov   (See Attachment to this letter for instructions).   Of course, the Agency will continue to accept timely filed paper documents.

The Board agent will be in touch with you soon to request your assistance in the investigation of your charge.  Please save any evidence bearing on your charge, such as notes, minutes, letters or check stubs, etc., and have them ready when the Board agent meets with you.  It will be helpful for you to jot down a brief factual account of what has happened and for you to prepare a list of the names, addresses, and telephone numbers of potential witnesses, together with a brief summary of what each witness should know, for the use of the Board agent. Further, please be advised that we cannot accept any limitations on the use of any evidence or position statements that are provided to the Agency.  Thus any claim of confidentiality cannot be honored except as provided by Exemption 4 of FOIA, 5 U.S.C. Sec. 552(b)(4), and any material

submitted may be subject to introduction as evidence at any hearing that may be held before an administrative law judge. In this regard, we are required by the Federal Records Act to keep copies of documents used in furtherance of our investigation for some period of years after a case closes. Further, we may be required by the Freedom of Information Act to disclose such records upon request, absent some applicable exemption such as those that protect confidential financial information or personal privacy interests (e.g., Exemption 4 of FOIA, 5 U.S.C. Sec. 552(b)(4)). Accordingly, we will not honor any request to place limitations on our use of position statements or evidence beyond those prescribed by the foregoing laws, regulations and policies. Please state the case name and number on all correspondence.

Please be advised that under the Freedom of Information Act, unfair labor practice charges and representation petitions are subject to prompt disclosure to members of the public upon request. In this regard, you may have received a solicitation by organizations or persons who have obtained public information concerning this matter and who seek to represent you before our Agency. You may be assured that no organization or person seeking your business has any "inside knowledge" or favored relationship with the National Labor Relations Board; their information regarding this matter is only that which must be made available to any member of the public.

Attention is called to your right, and the right of any party, to be represented by counsel or other representative in any proceeding before the National Labor Relations Board and the courts. In the event you choose to have a representative appear on your behalf, please have your representative complete "Notice of Appearance," Form NLRB-4701, and forward it promptly to this office.

You are expected to cooperate with the Board agent in the investigation of your charge. Failure to cooperate may cause your charge to be dismissed.

If you are concerned that you are not proficient in the English language and need assistance in translation, please tell the Board agent assigned to your case as soon as possible of your need.[1] We are available to assist you in any way possible, and if you have any questions, please call our Board agent. Your cooperation will be appreciated. Customer service standards concerning the processing of unfair labor practice cases have been published by the Agency and are available on the Agency's Internet site under "Public Notices."

Sincerely,

Martha Kinard
Regional Director

Attachments:  Charge
Notice of Appearance, Form NLRB 4701
Notice to Parties Involved in an Investigation, Form NLRB-4541
Communications with ... Offices ... by Internet E-Mail

---

[1] La Junta Nacional de Relaciones de Trabajo proveerá asistencia a personas con ingles limitado. Si uno necesita asistencia debido a su ingles limitado, debe avisar a esta Oficina tan pronto posible.

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

### CHARGE AGAINST LABOR ORGANIZATIONS OR ITS AGENTS

FORM EXEMPT UNDER 44 U.S.C 3512

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case<br>16-CB-8278 | Date Filed<br>/ / 2/24/2011 |

INSTRUCTIONS: File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

**1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT**

| a. Name<br>COMMUNICATIONS WORKERS OF AMERICA LOCAL 6215 | b. Union Representative to contact<br>Steve<br><br>Donahue<br><br>Steward | |
|---|---|---|
| c. Address                          (Street, city, state, and ZIP code)<br>1408 N. Washington Street, Suite 300<br><br>Dallas,                                          TX  75204- | d. Tel. No.<br>(214)826-6215<br>f. Fax No.<br>(214)823-8199 | e. Cell No.<br>( ) -<br>g. e-Mail |

h. The above-named organization(s) or its agents has (have) engaged in and is (are) engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (list subsections) (1)(A) _ _ _ _ _ _ _ _ _ _ _ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since on or about August 27, 2010, the above named Union restrained and coerced Guerivace Shelton in the exercise of her Section 7 rights by failing to fairly represent her in the processing of a grievance.

| 3. Name of Employer<br>AT&T | 4a. Tel. No.<br>(972)706-3325 | b. Cell No.<br>( ) - |
|---|---|---|
| | c. Fax No.<br>( ) - | d. e-Mail |

| 5. Location of plant involved (street, city, state and ZIP code)<br>1801 Valley View Lane<br><br>Farmers Branch                    TX    75234- | 6. Employer representative to contact<br>Sherry              Rea |
|---|---|

| 7. Type of establishment (factory, mine, wholesaler, etc.)<br>Information | 8. Identify principal product or service<br>telephone service | 9. Number of workers employed |
|---|---|---|

| 10. Full name of party filing charge<br>Guerivace Shelton | 11a. Tel. No.<br>( ) - | b. Cell No.<br>(214)926-2806 |
|---|---|---|
| | c. Fax No.<br>( ) - | d. e-Mail |

| 11. Address of party filing charge (street, city, state and ZIP code.)<br>6746 Keswick Drive<br><br>Dallas, | | |
|---|---|---|
| | | TX     75232- |

**13. DECLARATION**

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

| By _(signature)_ _____  an individual<br>(signature of representative or person making charge)     (Print/type name and title and title or office, if any) | Tel. No.<br>( ) -<br>Cell No.<br>(214)926-2806<br>Fax No.<br>( ) -<br>e-Mail |
|---|---|
| Guerivace          Shelton<br>6746 Keswick Drive<br>Address Dallas,          TX    75232-        (date) 2/24/2011 | |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

16-2011-0500

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

NLRB FORM-4701
(9-03)

### NATIONAL LABOR RELATIONS BOARD

### NOTICE OF APPEARANCE

**Communications Workers of America Local  6215 (AT&T)**

**CASE NO. 16-CB-8278**

**(Check one box only)**[1]
☐ REGIONAL DIRECTOR

☐ EXECUTIVE SECRETARY
   NATIONAL LABOR RELATIONS BOARD
   WASHINGTON, DC  20570

☐ GENERAL COUNSEL
   NATIONAL LABOR RELATIONS BOARD
   WASHINGTON, DC  20570

THE UNDERSIGNED HEREBY ENTERS APPEARANCE AS REPRESENTATIVE OF _____

_____

_____

IN THE ABOVE-CAPTIONED MATTER.

CHECK THE APPROPRIATE BOX(ES) BELOW:

☐ REPRESENTATIVE IS AN ATTORNEY

☐ IF REPRESENTATIVE IS AN ATTORNEY, IN ORDER TO ENSURE THAT THE PARTY MAY RECEIVE COPIES OF CERTAIN DOCUMENTS OR CORRESPONDENCE FROM THE AGENCY IN ADDITION TO THOSE DESCRIBED BELOW, THIS BOX MUST BE CHECKED.  IF THIS BOX IS NOT CHECKED, THE PARTY WILL RECEIVE ONLY COPIES OF CERTAIN DOCUMENTS SUCH AS CHARGES, PETITIONS AND FORMAL DOCUMENTS AS DESCRIBED IN SEC. 11842.3 OF THE CASEHANDLING MANUAL.

*(REPRESENTATIVE INFORMATION)*

NAME: _____

*MAILING ADDRESS:* _____

_____

*E-MAIL ADDRESS:* _____

*OFFICE TELEPHONE NUMBER:* _____

*CELL PHONE NUMBER:* _____ *FAX:* _____

*SIGNATURE:* _____
         *(Please sign in ink.)*

*DATE:* _____

[1] IF CASE IS PENDING IN WASHINGTON AND NOTICE OF APPEARANCE IS SENT TO THE GENERAL COUNSEL OR THE EXECUTIVE SECRETARY, A COPY SHOULD BE SENT TO THE REGIONAL DIRECTOR OF THE REGION IN WHICH THE CASE WAS FILED SO THAT THOSE RECORDS WILL REFLECT THE APPEARANCE.

FORM NLRB-4541
(9-03)

## UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

**NOTICE:**     **PARTIES INVOLVED IN AN INVESTIGATION OF AN UNFAIR LABOR PRACTICE CHARGE SHOULD BE AWARE OF THE FOLLOWING PROCEDURES:**

***Right to be Represented*** - Any party has the right to be represented by an attorney or other representative in any proceeding before the National Labor Relations Board.  If you wish to have a representative appear on your behalf, please have your attorney or other representative complete Form NLRB-4701, Notice of Appearance, and forward it to the respective Regional Office as soon as a representative is chosen.

***Attorneys and Service of Documents*** - *If your representative is an attorney, such attorney will receive exclusive service of all documents, except that you and your attorney will both receive those documents described in Sec. 11842.3(a) of the Casehandling Manual.  However, your attorney may consent to have additional documents or correspondence served on you by making the appropriate designation on Form NLRB-4701, Notice of Appearance.*

***Non-Attorney Representatives and Service of Documents*** - If your representative is not an attorney, you and your representative may receive copies of all documents and correspondence.

***Impartial Investigation*** - Upon receipt of a charge, the Regional Office will conduct an impartial investigation to obtain all material and relevant evidence.  Your active cooperation in making witnesses available and stating your position will be most helpful to the Region in determining whether the charge has merit.  The Region may also contact and interview other relevant witnesses and parties.

If only the Charging Party cooperates in the investigation, its evidence may warrant issuance of complaint in the absence of the Charged Party's defenses.  Thus, the Charged Party is encouraged to fully cooperate and present all available evidence and its defenses.  The Region seeks such relevant evidence from all parties to reach an informed determination and help resolve the matter, whether or not the case has merit, at the earliest possible time.

***Withdrawal/Dismissal*** - If the Regional Director determines that the charge lacks merit, the Charging Party is offered the opportunity to withdraw.  Should the Charging Party not withdraw the charge, the Regional Director will dismiss the charge and advise the Charging Party of the right to appeal the dismissal to the General Counsel.

***Pre-Complaint Voluntarily Adjustment*** - If the Regional Director determines that the charge has merit, all parties are afforded an opportunity to settle the matter by voluntary adjustment.  It is our policy to explore and encourage voluntary adjustment before proceeding with costly and time-consuming litigation before the Board and courts.

***Complaint and Voluntary Adjustment*** - If, following the investigation, the Regional Director determines that there is merit to the charge and a voluntary adjustment is not reached, the Regional Director will issue a complaint and notice of hearing.  The hearing will be conducted before an administrative law judge who will issue a decision and recommendation to the Board in Washington, D.C.  However, issuance of a complaint does not preclude voluntary adjustment by the parties.  On the contrary, at any stage of the proceeding the Regional Director and staff will be available to provide any assistance in arriving at an appropriate settlement.

(Revised 10/26/2009)

# ELECTRONIC FILINGS THROUGH THE AGENCY'S WEBSITE AND EMAIL COMMUNICATION WITH BOARD AGENTS

**ELECTRONIC FILING OF DOCUMENTS WITH THE AGENCY:**  All Regional Offices are in the process of creating an electronic investigative case file that contains electronic copies of all documents in the paper case file.  This electronic case file initiative is a central component of the Agency's development of a new case management system called NxGen.   When the NxGen system is deployed throughout the Agency, this system will provide parties greater access to public information about pending cases.   To facilitate this important initiative, the Agency strongly urges all parties to submit documents and other materials (except unfair labor practice charges and representation petitions) through the Agency's E-Filing system on its website:  http://www.nlrb.gov.

On the home page of the Agency's website, click on the "**E-Gov**" tab, select **E-Filing**, and follow the detailed instructions.   The following documents may be filed electronically through the Agency's website:

- Answer to Complaint or Compliance Specification.   However, if the electronic version of an Answer to a Complaint or a Compliance Specification is not in a pdf format that includes the signature of the party or its representative, the original answer containing the required signature must be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing.
- Appeal Filings to the Office of the General Counsel
- Briefs
- Disclaimer of Interest
- EAJA Applications
- Evidence
- *Excelsior* List
- Exceptions or Cross Exceptions
- Extension of Time Request
- Motions and Oppositions to Motions
- Notice of Appearance
- Objections to an Election
- Petition to Revoke a Subpoena or Response
- Position Statement
- Request for Review
- Request for Special Permission to Appeal
- Request to Proceed
- Withdrawal Request

**E-FILINGS MUST BE TIMELY:**  The Agency will accept electronic filings up to 11:59 p.m. in the time zone of the receiving office on the due date.  Filings accomplished by any other means must comply with the requirements of Section 102.111 of the Board's Rules and Regulations.

- A document will be considered timely filed if the E-Filing receipt reflects that the entire document was received by the Agency's E-Filing system before midnight local time on

the due date. (Midnight is considered the beginning of a new day.) Filings accomplished by any other means such as mail, personal delivery, or facsimile (if allowed), must be received by the close of business in the receiving office on the due date.

- Unlike the Federal Courts, the Agency does not add 3 days to any due date regardless of the manner the document to which the filer is responding was served.

- Although the Agency's E-Filing system is designed to receive filings 24 hours per day, parties are strongly encouraged to file documents in advance of the filing deadline and during the normal business hours of the receiving office, in the event problems are encountered and alternate means of filing become necessary.

- The receiving office's staff will respond to non-technical questions regarding the E-Filing system during normal business hours. For technical problems, please refer to the E-Filing FAQ or send an email to e-filing@nlrb.gov. If you wait until after the close of business to attempt to E-File and encounter problems, no one will be available to assist you.

- Technical Failure. If the Agency's E-Filing system is unable to receive documents for a continuous period of more than 2 hours after 12 noon (Eastern Time), the site will be declared to be in technical failure. Notice of the technical failure determination will be posted on the website as soon as possible. Scheduled service, system maintenance or upgrades, or when the system will be unavailable to receive filings, will also be posted. If the system is determined to be in technical failure on the due date for the filing of a document and the failure prohibited a party from E-Filing, the document must be filed by 5:00 p.m. (Eastern Time) on the next business day.

- User Problems. Problems with a user's telephone lines, internet service provider, hardware, or software; user problems in understanding or following the E-Filing instructions; or rejection of a document because it contains a virus do not constitute a technical failure and will not excuse an untimely filing. A filer who cannot E-File a document because of any of these user problems must file conventionally and timely. The Agency's offices have no lobby facilities for filing after the close of business. Thus, a user who waits until after close of business on the due date to attempt to E-File does so at his/her peril. If you are unsure whether the problem is a technical failure or a user problem, assume it is a user problem.

- If a timely, conventional filing is impossible because a user problem developed after close of business on the due date, the user should attempt to E-File using another computer with internet access, such as another computer in the office, a home computer, a computer at a public library, or a computer at a commercial business service center.

**ELECTRONIC FILING IS A THREE-STEP PROCESS:** Electronic filing is not complete until all three steps of the process are completed: (1) entering your data and uploading your document(s); (2) reviewing and confirming your submission; and (3) receiving your receipt with confirmation number.

**PREFERRED DOCUMENT FORMAT IS PDF:** The preferred format for submitting documents using E-Filing is Adobe's Portable Document Format (*.pdf). However, in order to make the Agency's E-Filing system more widely available to the public, persons who do not have the ability to submit documents in PDF format may submit documents in Microsoft Word format (*.doc). Persons who do not have the ability to submit documents in either PDF or Microsoft

Word format may submit documents in simple text format (*.txt).  Regardless of the format, all documents E-Filed with the Agency must be submitted in a "read-only" state.

**DOCUMENTS MUST BE VIRUS-FREE:** Users are responsible for taking all reasonable steps to prevent sending any material to the Agency that contains computer viruses. All submissions using this E-Filing Form will be scanned for viruses.  Any submission that contains a virus will automatically be deleted by the Agency's computer system and thus will not be processed. Rejection of a filing because it contains a virus will not excuse a late filing and is considered to be a user problem, not a technical failure as defined herein.

**DOCUMENTS MUST BE COMPLETE:**  Any document submitted electronically to the Agency must be complete.  Any attachments must be converted into electronic form and included as part of the document.   No attachments may be filed (either electronically or by service of hardcopy) separately from the electronic document under any circumstances.   Exception: Position statements or documentary evidence submitted to a Regional Office during an unfair labor practice investigation or documents relating to appeals pending before the Office of Appeals may be filed as separate attachments.

**CERTAIN DOCUMENTS MUST INCLUDE STATEMENT OF SERVICE:**   All documents submitted to a Regional, Subregional or Resident Office, which under the Board's Rules and Regulations must be served on other parties to the case, must include a statement of service showing how that document was served on other parties in accordance with the service requirements of Section 102.114(i) of the Board's Rules and Regulations. This rule provides: "In the event the document being filed electronically is required to be served on another party to a proceeding, the other party shall be served by electronic mail (email), if possible. If the other party does not have the ability to receive electronic service, the other party shall be notified by telephone of the substance of the transmitted document and a copy of the document shall be served by personal service no later than the next day, by overnight delivery service, or, with the permission of the party receiving the document, by facsimile transmission."

**OFFICIAL BUSINESS:**   Outside parties may send electronic communications to Regional, Subregional and Resident Offices dealing only with official Agency business.

**E-MAIL COMMUNICATIONS WITH BOARD AGENTS:**   To encourage and facilitate the exchange of case handling information between the parties or their representatives and Board agents, individual Board agents' E-mail addresses will be made available to the parties.  We encourage parties and/or their representatives to provide the Regional, Subregional or Resident Office with their E-mail addresses.  E-mail communications with a represented party generally will be through the party's attorney or other representative.   If an outside party and/or its representative provides its E-mail address, Board agents will accept and send E-mail messages to arrange appointments, schedule witnesses and exchange other case-relevant information.  If a party and/or its representative requests that communications not be sent by E-mail, Board agents will honor such request after receipt of the request in the Regional, Subregional or Resident Office.

---

**Please note that Board agents may, on occasion, be out of the Regional office and unable to receive time-sensitive E-mails.  It is critically important that all substantive E-mails and any documents listed above should be filed with the Regional Office through the Agency's website** (http://www.nlrb.gov) **as**

**outlined above.**

**QUESTIONS:** Any questions about the Agency's E-filing policies may be directed to an NLRB Information Officer during regular business hours.





**United States Government**

**NATIONAL LABOR RELATIONS BOARD**
**Region 16**
**819 Taylor Street – Room 8A24**
**Fort Worth, TX  76102-6178**

Agency Web Site:  www.nlrb.gov

April 21, 2011

Ms. Guerivace Shelton
6746 Keswick Drive
Dallas, Texas 75232

        Re:    AT&T Mobility
               Case No. 16-CA-27985

        Board Agent Assigned:  Darci B. Slager
        Telephone:  (817)978-2004
        E-Mail:  Darci.Slager@nlrb.gov

Dear Ms. Shelton:

The investigation of the attached charge you recently filed in the above matter has been assigned to the Board agent listed above and any communication concerning this case should be directed to this Board agent at the above address and telephone number.  If you are concerned that you are not proficient in the English language and need assistance in translation, please tell the Board agent assigned to your case as soon as possible of your need.

FILING DOCUMENTS WITH REGIONAL OFFICES:  The Agency is moving toward a fully electronic records system.  To facilitate this important initiative, the Agency strongly urges all parties to submit documents and other materials (except unfair labor practice charges and representation petitions) to Regional Offices through the Agency's E-Filing system on its website: http://www.nlrb.gov  (See Attachment to this letter for instructions).  Of course, the Agency will continue to accept timely filed paper documents.

The Board agent will be in touch with you soon to request your assistance in the investigation of your charge.  Please save any evidence bearing on your charge, such as notes, minutes, letters or check stubs, etc., and have them ready when the Board agent meets with you.  It will be helpful for you to jot down a brief factual account of what has happened and for you to prepare a list of the names, addresses, and telephone numbers of potential witnesses, together with a brief summary of what each witness should know, for the use of the Board agent.  Further, please be advised that we cannot accept any limitations on the use of any evidence or position statements that are provided to the Agency.   Thus any claim of confidentiality cannot be honored except as provided by Exemption 4 of FOIA, 5 U.S.C. Sec. 552(b)(4), and any material submitted may be subject to introduction as evidence at any hearing that may be held before an administrative law judge.  In this regard, we are required by the Federal Records Act to keep copies of documents used in furtherance of our investigation for some period of years after a case closes.  Further, we may be required by the Freedom of Information Act to disclose such

records upon request, absent some applicable exemption such as those that protect confidential financial information or personal privacy interests (e.g., Exemption 4 of FOIA, 5 U.S.C. Sec. 552(b)(4)). Accordingly, we will not honor any request to place limitations on our use of position statements or evidence beyond those prescribed by the foregoing laws, regulations and policies. <u>Please state the case name and number on all correspondence.</u>

Please be advised that under the Freedom of Information Act, unfair labor practice charges and representation petitions are subject to prompt disclosure to members of the public upon request. In this regard, you may have received a solicitation by organizations or persons who have obtained public information concerning this matter and who seek to represent you before our Agency. You may be assured that no organization or person seeking your business has any "inside knowledge" or favored relationship with the National Labor Relations Board; their information regarding this matter is only that which must be made available to any member of the public.

Attention is called to your right, and the right of any party, to be represented by counsel or other representative in any proceeding before the National Labor Relations Board and the courts. In the event you choose to have a representative appear on your behalf, please have your representative complete "Notice of Appearance," Form NLRB-4701, and forward it promptly to this office.

You are expected to cooperate with the Board agent in the investigation of your charge. Failure to cooperate may cause your charge to be dismissed.

If you are concerned that you are not proficient in the English language and need assistance in translation, please tell the Board agent assigned to your case as soon as possible of your need.[1]  We are available to assist you in any way possible, and if you have any questions, please call our Board agent. Your cooperation will be appreciated. Customer service standards concerning the processing of unfair labor practice cases have been published by the Agency and are available on the Agency's Internet site under "Public Notices."

Sincerely,

*Martha Kinard*

Martha Kinard
Regional Director

Attachments:  Charge
Notice of Appearance, Form NLRB 4701
Notice to Parties Involved in an Investigation, Form NLRB-4541
Communications with ... Offices ... by Internet E-Mail

---

[1] La Junta Nacional de Relaciones de Trabajo proveerá asistencia a personas con ingles limitado. Si uno necesita asistencia debido a su ingles limitado, debe avisar a esta Oficina tan pronto posible.

FORM NLRB-501
(2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case 16-CA-27985 | Date Filed 4/20/2011 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer AT&T Mobility | | b. Tel. No. (972)706-3325 |
|---|---|---|
| | | c. Cell No. ( ) - |
| | | f. Fax No. ( ) - |
| d. Address (Street, city, state, and ZIP code) 1801 Valley View Lane  Farmers Branch    TX    75234- | e. Employer Representative Sherry Rea | g. e-Mail |
| | | h. Number of workers employed |
| i. Type of Establishment (factory, mine, wholesaler, etc.) information | j. Identify principal product or service telephone service | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) (3) _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about October 2010, it, by its officers, agents and representatives discriminated against Guerivace Shelton in her shift bid because of her Union grievance filing activity.

| 3. Full name of party filing charge (if labor organization, give full name, including local name and number) Guerivace Shelton | | |
|---|---|---|
| 4c. Address (Street and number, city, state, and ZIP code) 6746 Keswick Drive  Dallas                                              TX        75232- | | 4a. Tel. No. ( ) - |
| | | 4b. Cell No. (214)926-2806 |
| | | 4d. Fax No. ( ) - |
| | | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

| 6. DECLARATION I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.  By _~Guerivace Shelton~_ (Signature of representative or person making charge) | Guerivace Shelton, Individual (Print/type name and title or office, if any) | Tel. No. ( ) - |
|---|---|---|
| | | Office, if any, Cell No. (214)926-2806 |
| Guerivace          Shelton 6746 Keswick Drive Address   Dallas              TX     75232- | 4 20 2011 (date) | Fax No. ( ) - |
| | | e-Mail |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**          16-2011-1076

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

NLRB FORM-4701
(9-03)

## NATIONAL LABOR RELATIONS BOARD

### NOTICE OF APPEARANCE

| | |
|---|---|
| **AT&T Mobility** | **CASE NO. 16-CA-27985** |

(Check one box only)'
☐ REGIONAL DIRECTOR          ☐ EXECUTIVE SECRETARY          ☐ GENERAL COUNSEL
                                                        NATIONAL LABOR RELATIONS BOARD                NATIONAL LABOR RELATIONS BOARD
                                                        WASHINGTON, DC  20570                         WASHINGTON, DC  20570

THE UNDERSIGNED HEREBY ENTERS APPEARANCE AS REPRESENTATIVE OF _____

_____

_____

IN THE ABOVE-CAPTIONED MATTER.

CHECK THE APPROPRIATE BOX(ES) BELOW:

☐ REPRESENTATIVE IS AN ATTORNEY

☐ IF REPRESENTATIVE IS AN ATTORNEY, IN ORDER TO ENSURE THAT THE PARTY MAY RECEIVE COPIES OF CERTAIN DOCUMENTS OR CORRESPONDENCE FROM THE AGENCY IN ADDITION TO THOSE DESCRIBED BELOW, THIS BOX MUST BE CHECKED. IF THIS BOX IS NOT CHECKED, THE PARTY WILL RECEIVE ONLY COPIES OF CERTAIN DOCUMENTS SUCH AS CHARGES, PETITIONS AND FORMAL DOCUMENTS AS DESCRIBED IN SEC. 11842.3 OF THE CASEHANDLING MANUAL.

### (REPRESENTATIVE INFORMATION)

NAME: _____

MAILING ADDRESS: _____

_____          _____

E-MAIL ADDRESS: _____

OFFICE TELEPHONE NUMBER: _____

CELL PHONE NUMBER: _____     FAX: _____

SIGNATURE: _____
                    (Please sign in ink.)

DATE: _____

' IF CASE IS PENDING IN WASHINGTON AND NOTICE OF APPEARANCE IS SENT TO THE GENERAL COUNSEL OR THE EXECUTIVE SECRETARY, A COPY SHOULD BE SENT TO THE REGIONAL DIRECTOR OF THE REGION IN WHICH THE CASE WAS FILED SO THAT THOSE RECORDS WILL REFLECT THE APPEARANCE

FORM NLRB-4541
(9-03)

# UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

**NOTICE:**    **PARTIES INVOLVED IN AN INVESTIGATION OF AN UNFAIR LABOR PRACTICE CHARGE SHOULD BE AWARE OF THE FOLLOWING PROCEDURES:**

*Right to be Represented* - Any party has the right to be represented by an attorney or other representative in any proceeding before the National Labor Relations Board. If you wish to have a representative appear on your behalf, please have your attorney or other representative complete Form NLRB-4701, Notice of Appearance, and forward it to the respective Regional Office as soon as a representative is chosen.

*Attorneys and Service of Documents - If your representative is an attorney, such attorney will receive exclusive service of all documents, except that you and your attorney will both receive those documents described in Sec. 11842.3(a) of the Casehandling Manual. However, your attorney may consent to have additional documents or correspondence served on you by making the appropriate designation on Form NLRB-4701, Notice of Appearance.*

*Non-Attorney Representatives and Service of Documents* - If your representative is not an attorney, you and your representative may receive copies of all documents and correspondence.

*Impartial Investigation* - Upon receipt of a charge, the Regional Office will conduct an impartial investigation to obtain all material and relevant evidence. Your active cooperation in making witnesses available and stating your position will be most helpful to the Region in determining whether the charge has merit. The Region may also contact and interview other relevant witnesses and parties.

If only the Charging Party cooperates in the investigation, its evidence may warrant issuance of complaint in the absence of the Charged Party's defenses. Thus, the Charged Party is encouraged to fully cooperate and present all available evidence and its defenses. The Region seeks such relevant evidence from all parties to reach an informed determination and help resolve the matter, whether or not the case has merit, at the earliest possible time.

*Withdrawal/Dismissal* - If the Regional Director determines that the charge lacks merit, the Charging Party is offered the opportunity to withdraw. Should the Charging Party not withdraw the charge, the Regional Director will dismiss the charge and advise the Charging Party of the right to appeal the dismissal to the General Counsel.

*Pre-Complaint Voluntarily Adjustment* - If the Regional Director determines that the charge has merit, all parties are afforded an opportunity to settle the matter by voluntary adjustment. It is our policy to explore and encourage voluntary adjustment before proceeding with costly and time-consuming litigation before the Board and courts.

*Complaint and Voluntary Adjustment* - If, following the investigation, the Regional Director determines that there is merit to the charge and a voluntary adjustment is not reached, the Regional Director will issue a complaint and notice of hearing. The hearing will be conducted before an administrative law judge who will issue a decision and recommendation to the Board in Washington, D.C. However, issuance of a complaint does not preclude voluntary adjustment by the parties. On the contrary, at any stage of the proceeding the Regional Director and staff will be available to provide any assistance in arriving at an appropriate settlement.

(Revised 10/26/2009)

# ELECTRONIC FILINGS THROUGH THE AGENCY'S WEBSITE AND EMAIL COMMUNICATION WITH BOARD AGENTS

**ELECTRONIC FILING OF DOCUMENTS WITH THE AGENCY:** All Regional Offices are in the process of creating an electronic investigative case file that contains electronic copies of all documents in the paper case file. This electronic case file initiative is a central component of the Agency's development of a new case management system called NxGen. When the NxGen system is deployed throughout the Agency, this system will provide parties greater access to public information about pending cases. To facilitate this important initiative, the Agency strongly urges all parties to submit documents and other materials (except unfair labor practice charges and representation petitions) through the Agency's E-Filing system on its website: http://www.nlrb.gov.

On the home page of the Agency's website, click on **File Case Documents**, enter the NLRB Case Number, and follow the detailed instructions. The following documents may be filed electronically through the Agency's website:

- Answer to Complaint or Compliance Specification. However, if the electronic version of an Answer to a Complaint or a Compliance Specification is not in a pdf format that includes the signature of the party or its representative, the original answer containing the required signature must be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing.
- Appeal Filings to the Office of the General Counsel
- Briefs
- Disclaimer of Interest
- EAJA Applications
- Evidence
- *Excelsior* List
- Exceptions or Cross Exceptions
- Extension of Time Request
- Motions and Oppositions to Motions
- Notice of Appearance
- Objections to an Election
- Petition to Revoke a Subpoena or Response
- Position Statement
- Request for Review
- Request for Special Permission to Appeal
- Request to Proceed
- Withdrawal Request

**E-FILINGS MUST BE TIMELY:** The Agency will accept electronic filings up to 11:59 p.m. in the time zone of the receiving office on the due date. Filings accomplished by any other means must comply with the requirements of Section 102.111 of the Board's Rules and Regulations.

- A document will be considered timely filed if the E-Filing receipt reflects that the entire document was received by the Agency's E-Filing system before midnight local time on the due date. (Midnight is considered the beginning of a new day.) Filings accomplished by any other

means such as mail, personal delivery, or facsimile (if allowed), must be received by the close of business in the receiving office on the due date.

- Unlike the Federal Courts, the Agency does not add 3 days to any due date regardless of the manner the document to which the filer is responding was served.

- Although the Agency's E-Filing system is designed to receive filings 24 hours per day, parties are strongly encouraged to file documents in advance of the filing deadline and during the normal business hours of the receiving office, in the event problems are encountered and alternate means of filing become necessary.

- The receiving office's staff will respond to non-technical questions regarding the E-Filing system during normal business hours. For technical problems, please refer to the E-Filing FAQ or send an email to e-filing@nlrb.gov. If you wait until after the close of business to attempt to E-File and encounter problems, no one will be available to assist you.

- Technical Failure. If the Agency's E-Filing system is unable to receive documents for a continuous period of more than 2 hours after 12 noon (Eastern Time), the site will be declared to be in technical failure. Notice of the technical failure determination will be posted on the website as soon as possible. Scheduled service, system maintenance or upgrades, or when the system will be unavailable to receive filings, will also be posted. If the system is determined to be in technical failure on the due date for the filing of a document and the failure prohibited a party from E-Filing, the document must be filed by 5:00 p.m. (Eastern Time) on the next business day.

- User Problems. Problems with a user's telephone lines, internet service provider, hardware, or software; user problems in understanding or following the E-Filing instructions; or rejection of a document because it contains a virus do not constitute a technical failure and will not excuse an untimely filing. A filer who cannot E-File a document because of any of these user problems must file conventionally and timely. The Agency's offices have no lobby facilities for filing after the close of business. Thus, a user who waits until after close of business on the due date to attempt to E-File does so at his/her peril. If you are unsure whether the problem is a technical failure or a user problem, assume it is a user problem.

- If a timely, conventional filing is impossible because a user problem developed after close of business on the due date, the user should attempt to E-File using another computer with internet access, such as another computer in the office, a home computer, a computer at a public library, or a computer at a commercial business service center.

**ELECTRONIC FILING IS A THREE-STEP PROCESS:** Electronic filing is not complete until all three steps of the process are completed: (1) entering your data and uploading your document(s); (2) reviewing and confirming your submission; and (3) receiving your receipt with confirmation number.

**PREFERRED DOCUMENT FORMAT IS PDF:** The preferred format for submitting documents using E-Filing is Adobe's Portable Document Format (*.pdf). However, in order to make the Agency's E-Filing system more widely available to the public, persons who do not have the ability to submit documents in PDF format may submit documents in Microsoft Word format (*.doc). Persons who do not have the ability to submit documents in either PDF or Microsoft Word format may submit documents in simple text format (*.txt). Regardless of the format, all documents E-Filed with the Agency must be submitted in a "read-only" state.

**DOCUMENTS MUST BE VIRUS-FREE:** Users are responsible for taking all reasonable steps to prevent sending any material to the Agency that contains computer viruses. All submissions using this E-Filing Form will be scanned for viruses. Any submission that contains a virus will automatically be deleted by the Agency's computer system and thus will not be processed. Rejection of a filing because it contains a virus will not excuse a late filing and is considered to be a user problem, not a technical failure as defined herein.

**DOCUMENTS MUST BE COMPLETE:** Any document submitted electronically to the Agency must be complete. Any attachments must be converted into electronic form and included as part of the document. No attachments may be filed (either electronically or by service of hardcopy) separately from the electronic document under any circumstances. Exception: Position statements or documentary evidence submitted to a Regional Office during an unfair labor practice investigation or documents relating to appeals pending before the Office of Appeals may be filed as separate attachments.

**CERTAIN DOCUMENTS MUST INCLUDE STATEMENT OF SERVICE:** All documents submitted to a Regional, Subregional or Resident Office, which under the Board's Rules and Regulations must be served on other parties to the case, must include a statement of service showing how that document was served on other parties in accordance with the service requirements of Section 102.114(i) of the Board's Rules and Regulations. This rule provides: "In the event the document being filed electronically is required to be served on another party to a proceeding, the other party shall be served by electronic mail (email), if possible. If the other party does not have the ability to receive electronic service, the other party shall be notified by telephone of the substance of the transmitted document and a copy of the document shall be served by personal service no later than the next day, by overnight delivery service, or, with the permission of the party receiving the document, by facsimile transmission."

**OFFICIAL BUSINESS:** Outside parties may send electronic communications to Regional, Subregional and Resident Offices dealing only with official Agency business.

**E-MAIL COMMUNICATIONS WITH BOARD AGENTS:** To encourage and facilitate the exchange of case handling information between the parties or their representatives and Board agents, individual Board agents' E-mail addresses will be made available to the parties. We encourage parties and/or their representatives to provide the Regional Subregional or Resident Office with their E-mail addresses. E-mail communications with a represented party generally will be through the party's attorney or other representative. If an outside party and/or its representative provides its E-mail address, Board agents will accept and send E-mail messages to arrange appointments, schedule witnesses and exchange other case-relevant information. If a party and/or its representative requests that communications not be sent by E-mail, Board agents will honor such request after receipt of the request in the Regional, Subregional or Resident Office.

> **Please note that Board agents may, on occasion, be out of the Regional office and unable to receive time-sensitive E-mails. It is critically important that all substantive E-mails and any documents listed above should be filed with the Regional Office through the Agency's website ( http://www.nlrb.gov ) as outlined above.**

**QUESTIONS:** Any questions about the Agency's E-filing policies may be directed to an NLRB Information Officer during regular business hours.

%JS 44 (TXND Rev. 2/10)

**CIVIL COVER SHEET**

*ORIGINAL*

3-11CV-991-K

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Guerivace Shelton

**DEFENDANTS**

AT&T Mobility & Communication Workers of America Local 625

RECEIVED
BY

**(b)** County of Residence of First Listed Plaintiff   Dallas
(EXCEPT IN U.S. PLAINTIFF CASES)

MAY 11 2011

County of Residence of First Listed Defendant   Dallas
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

NONE

Attorneys (If Known)

Christian A. Bourgeacq
• Lysha Weston

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                         and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☒ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
EEOC, Texas Workforce Commission Civil Rights Division

Brief description of cause:
Age Discrimation in Employment Act of 1967

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) PENDING OR CLOSED:**   (See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____