| County of | Tarrant | ) | Case | 16-CA-27985 |
|---|---|---|---|---|
|  |  | ) SS |  |  |
| State of | Texas | ) |  |  |

## Confidential Witness Affidavit

I <u>Guerivace Shelton</u>, being first duly sworn upon my oath, hereby state as follows:

I have been given assurances by an agent of the National Labor Relations Board that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the Board and will not be disclosed unless it becomes necessary to produce the Confidential Witness Affidavit in connection with a formal proceeding.

I reside at 6746 Keswick Drive; Dallas, TX 75232. My telephone number is (214) 926-2806.

I have been employed by AT&T Mobility located at 1801 Valley View Lane; Farmers Branch, Texas as a customer service representative since September 2008 (I am currently in inbound collections). I currently work about 40 hours per week for about $14.53 per hour. My supervisor is Sherry Rea, Manager.

1  AT&T Mobility communicates regularly with employees through e-mail or an Intranet. They send
2  notices and policy changes by email. They say they post information on the intranet, but it's hard to find
3  it. They have some bulletin boards at the Valley View Lane facility where they post information for
4  employees, but I do not know how many.
5  I have been a member of the Communication Workers of America, Local 6215 since about
6  September 2008. I have not held or run for Union office. I have filed one grievance in August 2010, the
7  subject of Case No. 16-CB-8278. I previously gave an affidavit in Case Nos. 16-CB-8278 and 16-CA-
8  27896.
9  The Employer has not said anything to me about my grievance. I had a raise show up on my
10  check on or about April 22, 2011 of $15.45 per hour but the Employer did not tell me about it. I asked
11  Lynn Wheldon, payroll, about it and she told me she would call and see what the raise was for but I have
12  not heard from her. I had also gotten a raise in February to $14.87 per the Union contract.

Page 1

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.



DEFENDANT'S EXHIBIT 50

210

1   I was hired in September 2008, and after the first shift bid on or about December 2008 (for the
2   January through March 2009 quarter), I got Monday through Friday with Saturday off. At that time, the
3   bidding was done the same way it is now. The process is that the Employer sends everyone a list of the
4   shift choices (about 40-50) available (there are about 3 people who will end up with each option) on the
5   computer and you have about a week to choose. You have to number all of the choices with your
6   preference of shift and hit send. The shifts are assigned by seniority (inbound job classifications are
7   separate on the seniority lists from outbound classifications even though inbound will do outbound and
8   outbound will do inbound) and their preference.

9   The bidding process is written in the contract and it says it is to be done strictly by seniority. We
10  bid every quarter on shifts by classification. Different options are up for bid each quarter. The options are
11  for different days off and every 15 to 30 minute intervals. I am 115 out of 121 on the seniority list for
12  inbound collections.

13  After I was working for over a year, they hired about 30 to 40 people but they put them in
14  outbound so they have a different list of choices and they do not work on Saturdays. They have a
15  different seniority list so they have less seniority than me but get better shifts.

16  I think that I got a good shift bid in 2008 with Saturday off with the least Seniority because the
17  Employer was manipulating the system and to hurt other people. After the first shift bid, I did not get
18  Saturdays off again. I think I started to get bad shift bids because the Employer was trying to hurt
19  someone else when I first bid. Since 2008 they have separated the inbound and outbound employees by
20  shift bidding.

21  In early to mid 2010 when I was addressing a raise issue, I told Annjeanetta Hampton, in payroll
22  and does shift bids, about the shift bid in 2008. She said that was then and this is now. I said now I was
23  getting bad shift bids and feel like the other ones. She said she would discuss it with me later but she
24  didn't. I said we should choose in person because selecting on the computer is more complicated. She
25  said it would take a month to do shift bids if we chose in person rather than on the computer.

Page 2

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

211

1  It is supposed to be done strictly by seniority but they are splitting us up between inbound and
2  outbound and then figuring the seniority. We are assigned to one or the other, but they make us do both
3  and credit and activation when they need us to. So they should put the seniority lists together and the
4  choices so that we bid together.

5  On or about late September 2010, we bid for the October, November, and December 2010
6  quarter. We bid the same way, but I think the Employer can do something in the system to hurt people. I
7  always bid the highest numbers (lowest priority) for shifts with late times on Saturdays. Saturdays times
8  are usually different than the weekday shifts.

9  On or about October 1, 2010, I found out I was awarded a shift with Thursday and Sunday off and
10 I cannot recall what time my shift was, but I know that on Saturday my shift time was 10:30 a.m. to 7:15
11 p.m. That was one of my last choices.

12 I believe I would have had a better shift if I would have bid with outbound employees because I
13 have more seniority than some of them. The Employer said they put the new people in outbound (in
14 about sometime prior to October 2010) because they needed them, but they should have opened it up to
15 the current employees at that time since I was doing both inbound and outbound even though I was
16 assigned to inbound. I told the Employer I did not want to be assigned to outbound, but I wanted all of us
17 to bid together because we have to do outbound too. I think the Employer wanted to manipulate the
18 system and that is why they would not let us bid together. I think the Employer was angry with the
19 inbound people because they did not want to be outbound. When they shut down credit and activation
20 where we were originally (in 2009) and we had to choose inbound or outbound and everyone selected
21 inbound. No one wants outbound which is why we all ended up in inbound rather than outbound. I
22 believe I did not get the shift I wanted because I have to bid with inbound people and they have been
23 there longer.

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

212

1    On or about the January through March 2011 bid, I received Saturday 10:30 a.m. to 7:15 p.m.
2    which is the worst shift you can get, the last people to leave on Saturday. I had Thursday and Sundays
3    off and worked 8:00 a.m. to 5:00 p.m. during the week. That was one of my last choices.
4    The contract says shift bids should be done strictly by seniority, but they are not because
5    outbound people are less senior than me and they are getting better bids because they are allowed to bid
6    separately. I have heard other people in other buildings say that shift bids are not being done properly.
7    Everyone is offered exchange times (where you can work your day off and not work a Saturday).
8    We put in for it and management can approve or deny it based on availability. I put in for that on or about
9    several times in October, November or December 2010 (I cannot recall specific dates). Some people put
10   in for it every week and get it. If you know someone in payroll you get it, otherwise you don't seem to get
11   it. Tasha (last name unknown), put in for it every week in 2008 and got it about every week.

**I am being provided a copy of this Confidential Witness Affidavit for my review. If, after reviewing this affidavit again I remember anything else that is relevant, or desire to make any changes, I will immediately notify the Board agent. I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this statement consisting of 4 pages, including this page, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge and belief.**

*[Signature]* 4-27-2011

Subscribed and sworn to before me at

Fort Worth, Texas

This 27th day of April, 2011.

*[Signature]*
Board Agent,
National Labor Relations Board

Page 4

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (December 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further an unfair labor practice or representation case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

213