EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 450-2011-01611 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Guerivace L. Shelton | (214) 339-4827 | 01-15-1958 |

Street Address: 6746 Keswick, Dallas, TX 75232

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AT&T | 201 - 500 | (214) 757-5648 |

Street Address: Southwestern Bell, 208 South Akard, Suite 2121, Dallas, TX 75202

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Dec 2009   Latest: Feb 17, 2011
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In December 2009, a younger coworker, Latisha Beckwith got a pay increase outside of what the Collective Bargaining Agreement calls for. In February 2010, I complained to my manager Sherry Rea, Lynn Wheeldon and Kimberly Stinemetz, that my check was printed out saying I was due for a raise but I never received a raise. In April 2010, I complained again about not getting my raise which was due. On July 3, 2010, I filed an internal EEO complaint via my employer's hotline number. I received a response from Kristine Johnson, Employee Relations Manager; however, matter was not corrected. I filed a union grievance regarding my raise in August 2010 and shortly thereafter I questioned whether Latisha Beckwith was given her pay raise because she is younger. As a result of complaining, I am being subjected to on-going retaliation. Specifically, I have been denied overtime pay and my hours worked and approved days off have been manipulated and changed in the time management system by members of upper management, even on occasions when I was on my days off. Also, I was the only person in in-bound collections who was required to do out-bound calls after December 2010. This caused me to have lower in-bound numbers and negatively affected my pay

I believe that I have been discriminated against on the basis of my age, in violation of the Age Discrimination in Employment Act of 1967, as amended, in that I was denied a pay raise while one was granted to a younger coworker. I also believe that I have been discriminated against on the basis of retaliation, in violation of section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, in that I have been subjected to adverse treatment as a result of my complaints.

**DEFENDANT'S EXHIBIT 26**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 17, 2011
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED FEB 17 2011
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

214