EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 450-2011-03745 |

Texas Workforce Commission Civil Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Guerivace L. Shelton | (214) 339-4827 | 01-15-1958 |

Street Address: 6746 Keswick Dr., Dallas, TX 75232

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AT&T | 500 or More | (214) 757-5648 |

Street Address: Southwestern Bell, 208 South Akard, Suite 2121, Dallas, TX 75202

DALLAS DISTRICT
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

RECEIVED JUL 18 2011

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-31-2011    Latest: 07-11-2011
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**PERSONAL HARM:**

On or about January 31, 2011, April 2011, and June 2011, I was issued unfair written warnings. On July 11, 2011, I was discharged.

**RESPONDENT'S REASON FOR ADVERSE ACTION:**

Issued warnings and discharged because I was accused of failing to meet stats.

**DISCRIMINATION STATEMENT:**

I believe I was discriminated against because of my age, 53, in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe I was retaliated because I filed a previous charge (450-2011-01611) in violation of Section 4(d) of the Age Discrimination in Employment Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

2, 2011

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

DEFENDANT'S EXHIBIT 39