UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUERIVACE SHELTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:11-CV-0991-K-BH |
| | § | |
| AT&T MOBILITY, | § | |
| COMMUNICATIONS | § | |
| WORKERS OF AMERICA, | § | |
| LOCAL 6215 | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the *Defendant AT&T Mobility's Motion for Summary Judgment*, filed August 8, 2012, and *Defendant Communications Workers of America, Local 6215's Motion for Summary Judgment*, filed August 10, 2012, are **GRANTED**. By separate judgment, all of Plaintiff's claims

against the defendants will be **DISMISSED** with prejudice.

**SO ORDERED.**

**Signed March 18, 2013.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE